IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDY J. MILBURN                                                    PETITIONER
ADC #130450

vs.                              Case No. 5:11CV00071-JMM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                  RESPONDENT

## **ORDER**

Petitioner is hereby informed of his opportunity to reply within thirty (30) days to

any of Respondent's arguments raised in the Response. (Doc. No. 6)

IT SO ORDERED this 20th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE