# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| RANDY J MILBURN ) | |
| ADC # 130450 ) | |
|     Petitioner, ) | **Case No. 5:11-CV-00071 JMM-JTK** |
| v. ) | |
| ) | |
| RAY HOBBS, Director, Arkansas ) | |
| Department of Correction ) | |
|     Respondent. ) | |

## ORDER APPOINTING COUNSEL

The Court has reviewed the filings and issues in the case and finds that counsel should be appointed to assist Petitioner in the prosecution of his action.

Mr. Patrick Spivey, attorney at law, has agreed to represent Petitioner in these proceedings. The Court will forward a CJA voucher to him. Counsel is directed to confer with Petitioner within thirty (30) days. Within thirty (30) days thereafter, counsel shall file a brief clarifying Petitioner's claims, file a motion requesting modification of the petition, or take whatever other action he deems necessary to progress the case.

Counsel shall access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, counsel should contact Ms. LaShawn Coleman at 501-604-5174, and a copy of the file, or any portion thereof, will be provided free of charge.

SO ORDERED this 24th day of January, 2013.

_____
United States Magistrate Judge