# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | | |
|---|---|---|
| RANDY J MILBURN | ) | |
| ADC # 130450 | ) | |
|    Petitioner, | ) | **Case No. 5:11-CV-00071 JMM-JTK** |
| v. | ) | |
| | ) | |
| RAY HOBBS, Director, Arkansas | ) | |
| Department of Correction | ) | |
|    Respondent. | ) | |

## ORDER OF EXTENSION

Petitioner's counsel has indicated that additional time is required to confer with his client due to events that have occurred since this action was filed. The Court believes that this extension is warranted. Accordingly, Petitioner shall file his brief clarifying Petitioner's claims, file a motion requesting modification of the petition, or take whatever other action he deems necessary to progress the case by April 29, 2013.

SO ORDERED this 20th day of March, 2013.

_____
United States Magistrate Judge